# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

IKIE MILLER

VERSUS

KESHAV HOSPITALITY, INC.
D/B/A SLEEP IN SOUTH

NO. 2023 CW 0477

**MAY 19, 2023**

---

In Re:     Keshav Hospitality, Inc. d/b/a Sleep In South,
           applying for supervisory writs, 19th Judicial District
           Court, Parish of East Baton Rouge, No. 668,281.

---

**BEFORE:     GUIDRY, C.J., WOLFE AND MILLER, JJ.**

   **WRIT DENIED.** The criteria set forth in **Herlitz Construction
Co., Inc. v. Hotel Investors of New Iberia, Inc.,** 396 So.2d 878
(La. 1981) (per curiam), are not met.

**JMG**
**SMM**

   **Wolfe, J.,** dissents and finds the motion filed on March 17,
2023 is timely pursuant to La. Code Civ. P. art. 966(B)(1).
Therefore, I would remand the matter for consideration of the
merits of the motion for summary judgment.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT